United States District Court
Western District of North Carolina
Charlotte Division
3:19-cv-280-RJC
(3:14-cr-254-RJC-DSC-1)

FILED
CHARLOTTE, NC
JUN 10 2020
US DISTRICT COURT
WESTERN DISTRICT OF NC

Charlton Calvin Wilson

vs.

United States Of America

## Letter To Judge Conrad

Judge Conrad, I Filed A §2255 And A Judgement Was Made On February 21, 2020.

I Would Like To Request That The Order From February 21, 2020 **PLEASE Be Sealed** Or At The Very Least Page #**19** of 22 Be Redacted, On Line **5** of page 19, It States: " in light of the Plea Agreement's Substantial Assistance provision that resulted in a downward departure motion that lowered Petitioners offense level from 31 to 27 and reduced his sentence by approximately 31%....."

My Statement Of Reasons Was Sealed For This Reason, As Well As My Continued Assistance With Law Enforcement (Murder Prosecution Active/Pending In Salisbury North Carolina) Awaiting Trial.

Inmates have access to Lexis Nexus Where This Issue That Was Mentioned In Your Order Placed On February 21, 2020 Can Easily Be Accessed And Will Further Place Me In Great Danger Of Physical Injury/Harm.

As well as Exposure Before The Pending 1st Degree Murder Charges Awaiting Trial, Makes It To Trial.

Can You PLEASE ASSIST IN THIS MATTER JUDGE CONRAD?

Also I Would Like It To Be Noted That Today (6-1-2020) I'm Just Now Recieving A Notice/Copy of the Judgement Made On February 21, 2020, I'm Assuming Due To Me Being Transferred To Atlanta USP, for transfer to Bennetsville S.C., And The Covid-19 Panademic That The Country Is Now Dealing With.

I Would Like To Appeal, But Due To My Current Status Being In A Transfer Center (However), Only Here As A Stop Before Designation In F.C.I. Bennetsville, Access To Legal Material/Law Library Is Not Accessable, As Well As ALL of My Paperwork, Materials, etc... Is Sitting In R+D Awaiting My Arrival At F.C.I. Bennetsville.

Thanks For Your Consideration And Assistance In These Matters, And May God Bless You During This Crisis Our Country Is Currently Suffering.

Sincerly,

Carlton Calvin Wilson
June 1, 2020

P.S. Please Note, This Institution As Well As ALL From My Understanding Are Now Completely Lock down, **NO** movement, and Suppose to not Come out of cell at all due to a State of Emergency of Some Sort. Due to George Floyd's Death.